| | |
|---|---|
| 1 | STEPHEN B. MORRIS, State Bar No. 126192 |
| 2 | MARK C. HINKLEY, State Bar No. 138759<br>MORRIS and ASSOCIATES |
| 3 | 444 West C Street, Suite 300<br>San Diego, CA 92101 |
| 4 | Tel:  619.239.1300 / Fax:  619.234.3672<br>Email:  morris@sandiegolegal.com |
| 5 | WALTER HAINES, State Bar No. 71075 |
| 6 | UNITED EMPLOYEES' LAW GROUP, P.C.<br>65 Pine Avenue, #312 |
| 7 | Long Beach, CA 90802<br>Tel:  877.696.8378 / Fax:  310.234.5666 |
| 8 | Attorneys for Plaintiff JERRI PAZDERNIK |
| 9 | MELINDA S. RIECHERT, State Bar No. 65504 |
| 10 | MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square |
| 11 | 3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2122 |
| 12 | Tel:  650.843.4000 / Fax:  650.843.4001<br>E-mail:  mriechert@morganlewis.com |
| 13 | JENNIFER WHITE-SPERLING, State Bar No. 166504 |
| 14 | JOHN D. HAYASHI, State Bar No. 211077<br>MORGAN, LEWIS & BOCKIUS LLP |
| 15 | 5 Park Plaza, Suite 1750<br>Irvine, CA  92614 |
| 16 | Tel:  949.399.7000 / Fax:  949.399.7001<br>E-mail:  jwhite-sperling@morganlewis.com |
| 17 |           jhayashi@morganlewis.com |
| 18 | Attorneys for Defendant INNOVEX INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI PAZDERNIK, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>INNOVEX (NORTH AMERICA) INC., a Delaware corporation conducting business in the State of California, and Does 1 to 100,<br><br>              Defendants. | Case No. SACV 08-0265 AHS (ANx)<br><br>**STIPULATION OF DISMISSAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/20888913.1                                                                                     STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by Plaintiff Jerri Pazdernik ("Pazdernik") and Defendant INNOVEX INC., incorrectly sued as INNOVEX (NORTH AMERICA) INC. ("Innovex") (collectively the "Parties"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice with respect to Plaintiff Pazdernik's individual claims pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This dismissal is pursuant to a settlement reached by the parties that resolves any and all claims between them.  This dismissal is effective "without a court order."  Fed. R. Civ. P. 41(a)(1)(A).

IT IS FURTHER STIPULATED that the allegations asserted by Plaintiff Pazdernik on behalf of a putative, uncertified class be and hereby are dismissed without prejudice.  Fed. R. Civ. P. 41(a)(1)(ii).  Under Rule 23 of the Federal Rules of Civil Procedure, the Court's approval of the dismissal of the putative class allegations is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a *certified* class."  Fed. R. Civ. P. 23(e) (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23,* Subdivision (e), Paragraph (1) ("The new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by...voluntary dismissal") (emphasis added).  This dismissal is without prejudice and does not resolve any class claims, issues or defenses.  Except as set forth in the Settlement Agreement between the parties, each party is to bear its own costs and attorney's fees.

Dated: December 30, 2008                MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda S. Riechert
Melinda S. Riechert

Attorneys for Defendant
INNOVEX INC.

| | | |
|---|---|---|
| 1 | Dated: December 30, 2008 | MORRIS AND ASSOCIATES |
| 2 | | |
| 3 | | By /s/ Stephen B. Morris |
|   | | Stephen B. Morris |
| 4 | | Attorneys for Plaintiff |
|   | | JERRI PAZDERNIK |

# PROOF OF SERVICE

*Jerri Pazdernik v. Innovex Inc.*
<u>USDC Central Case No. SACV08-0265 AHS (ANx)</u>

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On December 30, 2008, I served on the interested parties in this action the within document(s) entitled:

### STIPULATION OF DISMISSAL

[ ]   **BY FAX: (C.C.P. § 1013(a),(e); CRC 2008)** - by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ ]   **BY MAIL: (C.C.P. § 1013(a))** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL (C.C.P. § 1013(c))** - By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

[ ]   **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on December 30, 2008. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is tshaw@morganlewis.com.

DB2/20722903.1

[ X ]   **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Stephen B. Morris, Esq.<br>MORRIS AND ASSOCIATES<br>444 West C Street, Suite 300<br>San Diego, CA 92101<br>Tel: (619) 239-1300<br>Fax: (619) 234-3672<br><br>Walter L. Haines, Esq.<br>United Employees Law Group<br>65 Pine Avenue, Suite 312<br>Long Beach, CA 90802<br>Tel: (877) 696-8378 | *Attorneys for Plaintiff Jerri Pazdernik* |

[ ]   **STATE:**  I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ X ]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on December 30, 2008, at Irvine, California.

/s/ Terri M. Shaw
Terri M. Shaw

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/20722903.1         -2-

PROOF OF SERVICE