JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI PAZDERNIK, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>INNOVEX (NORTH AMERICA) INC., a Delaware corporation conducting business in the State of California, and Does 1 to 100,<br><br>    Defendants. | Case No. SACV 08-0265 AHS (ANx)<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE ON STIPULATION OF PARTIES |

IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement reached by the parties that resolves any and all claims between them, the above-captioned action is hereby DISMISSED with prejudice with respect to the individual claims of Plaintiff Jerri Pazdernik.

2. With respect to the allegations asserted by Plaintiff Pazdernik on behalf of a putative class, a class has not been certified and the settlement binds only the individual class representative, Plaintiff Pazdernik, and does not resolve the claims, issues or defenses of the putative class. Fed. R. Civ. P. 23(e); *see also Advisory Committee Notes on 2003 Amendments to Rule 23,* Subdivision (e), Paragraph (1). Therefore, the allegations asserted on behalf of a putative class are DISMISSED without prejudice, without notice to the putative class.

3. Except as set forth in the Settlement Agreement between the parties, each party is to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: January 13, 2009        **ALICEMARIE H. STOTLER**
HON. ALICEMARIE H. STOTLER
~~CHIEF~~ JUDGE OF THE U.S. DISTRICT COURT